### A. G. BUGBEE *v.* D. C. STEVENS.

The opinion of the court was delivered by

TYLER, J. This case was heard with *Foster* v. *Stevens*, upon an agreed statement which presents the same questions that are decided in that case.

*Judgment reversed, judgment for the plaintiff to recover the value of the property, as appears in the agreed statement, with interest.*